ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT – 4 2005

CLERK, U.S. DISTRICT COURT
By _____
             Deputy

| | |
|---|---|
| JAMES AYCOCK, #764082, | ) |
| Petitioner, | ) |
| | ) |
| v. | )   3:05-CV-1173-M |
| | ) |
| DOUGLAS DRETKE, Director, Texas | ) |
| Department of Criminal Justice, | ) |
| Correctional Institutions Division, | ) |
| Respondent. | ) |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Paul D. Stickney made findings, conclusions and a

recommendation in this case. No objections were filed. The District Court reviewed the

proposed findings, conclusions and recommendation for plain error. Finding none, the Court

accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 4th day of _October_, 2005.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE